UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| BRIAN MARSHALL and SHERRY MARSHALL, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Case No. 1:05-cv-156 ) ) Judge Mattice |
| NATIONAL GRANGE MUTUAL INSURANCE COMPANY, | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

United States Magistrate Judge Susan K. Lee filed her Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 114.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Susan K. Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Susan K. Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Plaintiffs' Motion to Proceed *In Forma Pauperis* [Court Doc. No. 110-1] is **DENIED**.

SO ORDERED this 5th day of December, 2006.

*s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE